| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Ammacore Inc.** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0893304** |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business** <br><br> **4555 Mansell Road, Suite 300** <br> **Alpharetta, GA 30022** <br> Number, Street, City, State & ZIP Code <br><br> **Fulton** <br> County | **Mailing address, if different from principal place of business** <br><br> **5316 Hallford Dr.** <br> **Dunwoody, GA 30338** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |
|---|---|---|

Debtor **Ammacore Inc.** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Ammacore Inc.**                                                                                   Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                  Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor   **Ammacore Inc.**  Case number (*if known*)
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Ammacore Inc.**                                                                     Case number (*if known*)
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October  2, 2023**
             MM / DD / YYYY

**X** **/s/ Chris C. Gaffney**                                **Chris C. Gaffney**
Signature of authorized representative of debtor              Printed name

Title  **CEO**

**18. Signature of attorney**

**X** **/s/ Cameron M. McCord**                               Date **October  2, 2023**
Signature of attorney for debtor                                   MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**        Email address  **info@joneswalden.com**

**143065 GA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Ammacore Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim - If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP<br>PO Box 842875<br>Boston, MA 02284-2875 | | | | | | $27,265.81 |
| AFC - Line of Credit<br>3700 Mansell Rd<br>Suite 350<br>Alpharetta, GA 30022 | | | | $185,820.38 | $0.00 | $185,820.38 |
| AFC - Loan<br>3700 Mansell Rd<br>Suite 350<br>Alpharetta, GA 30022 | | | | $823,402.14 | $0.00 | $823,402.14 |
| AmEx<br>PO Box 60189<br>City of Industry, CA 91716-0189 | | | | | | $50,139.00 |
| Brown Law<br>138 Bulloch Ave<br>Roswell, GA 30075 | | | | | | $28,136.19 |
| Capital One<br>6125 Lakeview Road<br>Suite 800<br>Charlotte, NC 28629 | | | | | | $5,000.00 |
| Chris Gaffney<br>4555 Mansell Rd<br>Alpharetta, GA 30005 | | | | | | $200,848.31 |
| Dell Financial Services<br>P.O. Box 81577<br>Austin, TX 78708-1577 | | Equipment Lease | | | | $50,848.04 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Ammacore Inc.**                                           Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FieldNation** 733 Marquette Avve S, Ste 800 Minneapolis, MN 55402 | | | | | | $2,443,936.54 |
| **GoTo Communications** PO Box 412252 Boston, MA 02241-2252 | | | | | | $1,109.52 |
| **Hire Dynamics (RemX)** 5775 Glenridge Dr Bldg B Suite 250 Atlanta, GA 30328 | | | | | | $10,499.63 |
| **Home Depot Credit Card** P.O. Box 7032 Sioux Falls, SD 57117 | | | | | | $1,000.00 |
| **National Funding, Inc.** 9820 Town Centre Drive Suite 200 San Diego, CA 92121 | | | | $447,681.78 | $0.00 | $447,681.78 |
| **Pridgen Bassett Law** 138 Bulloch Ave Roswell, GA 30075 | | | | | | $5,450.00 |
| **SBA** 409 3rd St, SW Alpharetta, GA 30022 | | | | $1,923,113.57 | $0.00 | $1,923,113.57 |
| **Sunbelt Rentals** 2341 Deerfield Dr. Fort Mill, SC 29715 | | | | | | $844,693.85 |
| **Tatum** One Overton Park 3625 Cumberland Blvd, Suite 60 Atlanta, GA 30339 | | | | | | $57,000.00 |
| **United Rentals** 100 First Stamford Place Ste 700 Stamford, CT 06902 | | | | | | $193,308.09 |

```
ADP
PO Box 842875
Boston, MA 02284-2875


AFC - Line of Credit
3700 Mansell Rd
Suite 350
Alpharetta, GA 30022


AFC - Loan
3700 Mansell Rd
Suite 350
Alpharetta, GA 30022


AmEx
PO Box 60189
City of Industry, CA 91716-0189


Brown Law
138 Bulloch Ave
Roswell, GA 30075


Capital One
6125 Lakeview Road
Suite 800
Charlotte, NC 28629


Chris Gaffney
4555 Mansell Rd
Alpharetta, GA 30005


Dell Financial Services
P.O. Box 81577
Austin, TX 78708-1577


FieldNation
733 Marquette Avve S, Ste 800
Minneapolis, MN 55402
```

GoTo Communications
PO Box 412252
Boston, MA 02241-2252


Hire Dynamics (RemX)
5775 Glenridge Dr
Bldg B Suite 250
Atlanta, GA 30328


Home Depot Credit Card
P.O. Box 7032
Sioux Falls, SD 57117


National Funding, Inc.
9820 Town Centre Drive
Suite 200
San Diego, CA 92121


Pridgen Bassett Law
138 Bulloch Ave
Roswell, GA 30075


SBA
409 3rd St, SW
Alpharetta, GA 30022


Sunbelt Rentals
2341 Deerfield Dr.
Fort Mill, SC 29715


Tatum
One Overton Park
3625 Cumberland Blvd, Suite 60
Atlanta, GA 30339


United Rentals
100 First Stamford Place
Ste 700
Stamford, CT 06902